IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                                   PLAINTIFFS

VS.                                         NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                      DEFENDANTS

**ORDER**

Pending is the motion to dismiss of separate defendant, Asbury Automotive Arkansas Dealership Holdings, LLC.  (Docket # 22).  Plaintiffs have no objection to the dismissal of this defendant.  Accordingly, Separate Defendant's motion is GRANTED.  Plaintiffs' claims against this defendant are hereby dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 13th day of December, 2006.

_____
James M. Moody
United States District Judge