IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                                PLAINTIFFS

VS.                                        NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                    DEFENDANTS

## ORDER

After consideration of the motion to admit counsel Brian Olson *pro hac vice*, and it appearing to the Court that Mr. Olson meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket # 27, should be, and hereby is, GRANTED.

SIGNED this 9th day of March, 2007.

_____
James M. Moody
United States District Judge