IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                                 PLAINTIFFS

VS.                                           NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                    DEFENDANTS

## ORDER

Pending is the motion of Separate Defendant Trans Union LLC to compel.  (Docket #38). Counsel for Plaintiffs has advised the Court that responses to the discovery requests are being mailed to opposing counsel at this time.  Accordingly, Defendant's motion is denied as moot. Defendant may renew or re-file its motion if the discovery responses received are insufficient.

IT IS SO ORDERED this 6th day of June, 2007.

_____
James M. Moody
United States District Judge