IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                        PLAINTIFFS

VS.                              NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                DEFENDANTS

## ORDER

Pending is Ford Motor Credit Company's motion to compel discovery. (Docket # 41). Plaintiffs have not responded. For good cause shown, the motion to compel is GRANTED. Plaintiffs are directed to provide full and complete responses to the interrogatories and requests for production of documents propounded by Ford Motor Credit Company and to provide the documents identified in Plaintiffs' Initial Disclosures on or before July 23, 2007.

IT IS SO ORDERED this 9th day of July, 2007.

_____
James M. Moody
United States District Judge