IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                           PLAINTIFFS

VS.                                    NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                                  DEFENDANTS

## ORDER

Pending is Experian Information Solutions, Inc.'s motion to compel. (Docket #44). Plaintiffs have not responded. For good cause shown, the motion is GRANTED. Plaintiffs are directed to provide full and complete responses to Experian's first requests for production of documents and first set of interrogatories on or before August 3, 2007.

IT IS SO ORDERED this 20th day of July, 2007.

_____
James M. Moody
United States District Judge