IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                              PLAINTIFFS

VS.                              NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                    DEFENDANTS

## ORDER

Pending is Experian Information Solutions, Inc.'s motion for sanctions. (Docket #50). Plaintiffs have failed to respond. On July 20, 2007 the Court entered an Order compelling Plaintiffs to provide full and complete responses to Experian's first requests for production of documents and first set of interrogatories on or before August 3, 2007. Plaintiffs failed to comply with the Court's Order. This defendant filed a motion for sanctions on August 27, 2007, to date, Plaintiffs have failed to respond.

Accordingly, the Court finds that the motion should be, and hereby is, granted. Plaintiffs are directed to provide full and complete responses to the discovery requests within one (1) week of this Order, failure to do so will result in the dismissal of this case. Additionally, Plaintiffs shall bear the costs of Defendant's motion for sanctions and shall bear the costs of deposing the Plaintiffs' a second time on the documents and information provided as a result of this Order.

IT IS SO ORDERED this 24th day of September, 2007.

James M. Moody
United States District Judge