IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBE K. "KENNY" ANSCHULTZ and
SUSAN ANSCHULTZ                                                                    PLAINTIFFS

VS.                                    NO. 4:06CV1008

ASBURY AUTOMOTIVE ARKANSAS DEALERSHIP HOLDINGS LLC,
FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
and EXPERIAN INFORMATION SOLUTIONS, INC.                    DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Rube K. "Kenny" Anschultz and Susan Anschultz have announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs Rube K. "Kenny" Anschultz and Susan Anschultz against Defendant Trans Union are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring same.

IT IS SO ORDERED this 15th day of October, 2007.

_____
James M. Moody
United States District Judge