FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 14 2007

JAMES W. McCORMACK, CLERK
By: D Jackson
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS LITTLE ROCK DIVISION

RUBE K. "KENNY" ANSCHULTZ
and SUSAN ANSCHULTZ                                              PLAINTIFFS

V.                          CASE NO. 4-06-CV-1008 JMM

FORD MOTOR CREDIT COMPANY, TRANS UNION LLC,
EQUIFAX CREDIT INFORMATION SERVICES, INC., and
EXPERIAN INFORMATION SOLUTIONS, INC.                             DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

On this 14 day of Dec_____, 2007 the Court considered Plaintiff's Rube K. "Kenny" Anschutz and Susan Anschultz and Defendant Equifax Credit Information Solutions, Inc.'s Stipulation of Dismissal With Prejudice.

Upon review of the Stipulation, the Court finds that this case is hereby DISMISSED WITH PREJUDICE as to all claims asserted by Plaintiffs in this action.

SIGNED on this 14 day of Dec_____, 2007.

_____
The Honorable Judge James M. Moody

Dated: December 12, 2007